# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION
## 3:17-CV-204

**KIMBERLY STROUD**
 Plaintiff,

V

**MECKLENBURG COUNTY SHERIFF'S OFFICE, et al**

## ORDER

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION**. Due to the Plaintiff not receiving the Roseboro Order in a timely manner because of non-delivery of certified mail (as referenced in the docket report), the deadline for a response will be extended through today.

**IT IS THEREFORE ORDERED** that the deadline for filing a response to the Motion to Dismiss is re-set for **October 3, 2017.**

Signed: October 3, 2017

Graham C. Mullen
United States District Judge